ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

      Petitioner

v.

OLEKANMA ARNNETTE EKEKWE

      Respondent

\*  IN THE

    COURT OF APPEALS

\*  OF MARYLAND

\*  Misc. Docket AG
    No. 15

\*

    September Term, 2019

\*

## ORDER

UPON CONSIDERATION of the certified copy of the Opinion of the District of Columbia Court of Appeals dated June 27, 2019, wherein the Respondent, Olekanma Arnnette Ekekwe, was suspended from the practice of law for three years for violating the District of Columbia Rules of Professional Conduct, it is this 4th day of October, 2019,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Olekanma Arnnette Ekekwe, be, and hereby is, temporarily suspended from the practice of law in the State of Maryland, pursuant to Maryland Rule 19-737(d), pending further order of the Court; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Olekanma Arnnette Ekekwe from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk